**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**SHIRLEY ANTHONY** **PLAINTIFF**

**v.** **CASE NO. 2:25-CV-00101-BSM**

**CYNTHIA GAMMEY, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 18th day of September, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE